United States District Court
Southern District of Texas
**ENTERED**
July 29, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>THADDIUS CHRISTOPHER GOINS,<br>*Defendant.* | No. 95-CR-159 |

## ORDER

Thaddius Christopher Goins is eligible for resentencing under the First Step Act. Mr. Goins' motion for resentencing is granted. An addendum to the presentence report is due by  August 16 , 2019, and a hearing is set for Septmber 20 , 2019, at 10:00 a.m., in courtroom 11-B.

The Court further grants Mr. Goins' motion to allow the Federal Public Defender and the United States Attorney to view the sealed documents at docket entry numbers 117, 155, 253, 256, 259, and 285 for purposes of resentencing. Copies of the sealed documents will be made available to counsel for both parties.

SIGNED on  July 26 , 2019, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge